UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| *In* re: Douglas E. Miles<br>Attorney at Law, Bar No. 4007 | Case No. 2:21-ms-00007<br>ORDER OF SUSPENSION |

On February 4, 2021, this Court entered an Order to Show Cause ("OSC"), mailed via certified mail with a Certified Mail Return Receipt. (ECF No. 1.) However, the Order to Show Cause was returned from the United States Postal Service marked "Returned to sender-Unable to forward." (ECF No. 3.) Regardless, the OSC provided Mr. Miles with 30 days to respond with reasons why he should not be suspended from the practice of law in this Court. (ECF No. 1.) No response has been received from Mr. Miles. Failure to respond within thirty 30 days warrants an Order of Suspension. *See* LR IA 11-7.

It is therefore ordered that Douglas E. Miles, Bar No. 4007, is hereby suspended from practice in the United States District Court for the District of Nevada.

DATED THIS 3rd Day of June 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 3rd Day of June 2021, I caused to be served a true and correct copy of the foregoing Order to Show Cause to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following address:

> Douglas E. Miles
> 575 Anton Blvd Suite 300
> Costa Mesa, CA 92626

Certified Mail No.: 7018 3090 0001 1133 3044

> /s/ Lorena Q.
> Deputy Clerk
> United States District Court,
> District of Nevada